2015 CU 0033 4

MURDOCK V MYART
CC#5 - APPEAL to 4th COURT
15-37-CV

2014CI13659 -P00304

2014-CI-13659
438TH JUDICIAL DISTRICT COURT
JAMES W MYART JR VS JACQUELINE P GLOSSO
DATE FILED 08/28/2014

JAMES W. MYART, JR.                                IN THE _____ DISTRICT COURT

PLAINTIFF,                                          BEXAR, COUNTY

V.

JACQUELINE GLOSSON  AND                            STATE OF TEXAS

EWIN NORMAN GLOSSON, DEFENDANTS.        *DECLARATION OF INDEMNITY*

IN THE DISTRICT COURT OF BEXAR, COUNTY STATE OF TEXAS, JAMES W. MYART, JR., Petitioner and

JACQUELINE GLOSSON  AND  EWIN NORMAN GLOSSON, DEFENDANTS.

### PAUPER'S AFFIDAVIT IN REQUEST THAT FILING AND OTHER FEES BE WAIVED

Personally appeared before the undersigned officer, duly authorized by law to administer oaths in the State of TEXAS, JAMES W. MYART, JR., Petitioner in the above styled case and on oath states that:

I am the Petitioner in the above styled case and that owing to my poverty I am unable to pay any costs in the foregoing matter.  My monthly income is $741.00  and I pay $938.00 per month rent rent and living expensed..

This Affidavit represent my expenses and is incorporated herein as if fully set forth verbatim.

JAMES W. MYART

FEB 18, 2015
DATE

SUBSCRIBED AND SWORN BEFORE ME an
this 18 day of FEBRUARY 2015

Korina Zamora
NOTARY

KORINA ZAMORA
MY COMMISSION EXPIRES
May 5, 2018

2015 FEB 18 AM 11: 15

SOCIAL SECURITY ADMINISTRATION

Date: July 28, 2014
Claim Number: XXX-XX-9315A
XXX-XX-9315DI

JAMES W MYART J
323 PRESTON AVE
SAN ANTONIO TX 78210-2315

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Supplemental Security Income Payments

Beginning August 2014, the current
Supplemental Security Income payment is...............$ 721.00

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

IF YOU HAVE ANY QUESTIONS

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 866-964-7432. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
3438 E SOUTHCROSS
SAN ANTONIO, TX 78223

DOCUMENT SCANNED AS FILED

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.


OFFICE MANAGER

# Supplemental Security Income Notice

From:   Social Security Administration

Date:         JUL 21 2014

Claim Number:        xxx-xx-9315

James Willie Myart Jr.
323 Preston Ave.
San Antonio, TX 78210

You must meet certain medical and nonmedical requirements to be entitled to disability benefits.

We have found that you meet the medical requirements for disability benefits. An explanation of our findings follows. Please read it carefully.

We used the following report(s) in deciding your claim:

Shannon Kelly, Consultative Examination, report received, 06/17/2014
The Center for Health Care, reports received, 05/22/2014
Leo K. Edwards Jr., reports received, 05/21/2014
Southeast Baptist Hospital, reports received, 05/13/2014

You said that you became unable to work on August 21, 2010 because of bipolar, high blood pressure, and diabetes.

While you stopped work because of your condition, the medical evidence did not show your condition was severe enough to meet our requirements until your hospitalization on April 16, 2014. Because of the severity of your condition at that time and medical experience with your type of condition, your impairment(s) met our requirements as early as April 16, 2014.

We have not yet made a decision about whether you meet the nonmedical requirements, but we will make that decision soon. Then we will send you a second notice explaining our decision. AFTER YOU RECEIVE THIS SECOND NOTICE, YOU WILL HAVE 60 DAYS TO APPEAL THE DETERMINATION WE MADE ABOUT YOUR CLAIM FOR DISABILITY BENEFITS.

IF YOU HAVE ANY QUESTIONS ABOUT YOUR DISABILITY CLAIM OR WISH TO APPEAL OUR FINDINGS, PLEASE DO NOT GET IN TOUCH WITH THE SOCIAL SECURITY OFFICE UNTIL YOU HAVE THE SECOND NOTICE. The people at the Social Security office will be better able to answer your questions when they have the

DOCUMENT SCANNED AS FILED

information from both notices. You can look us up online at www.ssa.gov, call our national 1-800 number at 1-800-772-1213.

<u>If You Want Help With Your Appeal</u>

You can have a friend, lawyer, or someone else help you. There are groups that can find you a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

After you have received your second notice, you can call or write any Social Security office to appeal our determination or to get answers to your questions. Most questions can be handled by telephone or mail. If you go to the Social Security office in person, please take both notices with you.

Social Security Administration

SSA-L1157-SI

DOCUMENT SCANNED AS FILED

Civil Action File No. _____

## ORDER OF THE COURT

JAMES W. MYART, JR.                                IN THE _____ DISTRICT COURT

PLAINTIFF,                                         BEXAR, COUNTY

V.

JACQUELINE GLOSSON  AND                            STATE OF TEXAS

EWIN NORMAN GLOSSON, DEFENDANTS .


This Court, having considered the Petitioner's request to proceed in forma pauperis, hereby grants the request.


This _____ day of _____, 2_____.


_____

Judge, DISTRICT COURT

BEXAR COUNTY, TEXAS


DOCUMENT SCANNED AS FILED